IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, | |
| Plaintiff, | 4:22-CV-3039 |
| vs. | ORDER |
| GALEN STEHLIK and STEHLIK LAW FIRM, | |
| Defendants. | |

This matter is before the Court on the Findings & Recommendation to the District Court (filing 2) issued by the United States Bankruptcy Judge recommending that that the referral of the above-captioned matter to the Bankruptcy Court be withdrawn. No objections to the findings and recommendation have been filed. The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. See *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the findings and recommendation of the Bankruptcy Judge.

IT IS ORDERED:

1. The findings and recommendation of the United States Bankruptcy Judge (filing 1) recommending withdrawal of the reference are adopted.

2. Reference of the above-captioned adversary proceeding to the United States Bankruptcy Court for the District of Nebraska is withdrawn.

3. The Clerk of the Court is directed to docket the complaint (bankruptcy court case no. 4:21-ap-4025 filing 1) and answer (bankruptcy court case no. 4:21-ap-4025 filing 11) from the bankruptcy court adversary proceeding as the operative pleadings in this case. The pleadings shall be docketed as filed on the date they were initially filed in bankruptcy court.

4. The Clerk of the Court shall set the TRIAL-LINCOLN flag for this case.

5. The Clerk of the Court shall draw and assign a Magistrate Judge to this case from the appropriate deck.

6. This matter is referred to the Magistrate Judge for case progression.

7. The Clerk of the Court shall provide a copy of this order to the Clerk of the Bankruptcy Court.

Dated this 28th day of March, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge

- 2 -